UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN DOE,

           Plaintiff,

vs.                        Case No. 2:05-cv-142-FtM-33DNF

KARL G. FAERBER, as Personal Representative of The Estate of Nelson A. Faerber, Jr., CATHERINE C. FAERBER, SCHOOL BOARD OF COLLIER COUNTY, FLORIDA, FAERBER & CLIFF, FAERBER, HISSAM, CLIFF & PEREZ-BENITOA, ROSS, LANIER, DEIFIK & CLIFF, P.A. formerly known as Faerber, Lanier, Deifik, Cliff & Ross, P.A.,

           Defendants.

_____

**ORDER**

This matter comes before the Court sua sponte. On July 20, 2005, Plaintiff filed its Proposed Case Management Report (Doc. #65) and Defendants filed their Case Management Report (Doc. #66). Upon review of the Case Management Report, the Court recognizes that the parties met but were unable to agree upon dates. Plaintiff proposed deadlines from June - October 2006, with trial in November 2006, but Defendants assert a good faith belief that they cannot be ready for trial until March 2007. Local Rule 3.05(c)(2)(B)&(C) envisions that the parties should attempt to agree on the dates so that the Court can enter its Case Management and Scheduling Order assuming that the parties' concerns have been addressed. The Case Management Reports filed by the parties make

it difficult for the Court to enter an appropriate Case Management and Scheduling Order and monitor the case's progress to completion.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

The parties shall meet, either in person or by telephone, and attempt to reach agreed upon dates. The parties shall file a joint Case Management Report within **TEN DAYS** of the date of this Order. If the parties still cannot agree upon dates, they shall notify the Court and the Court will impose dates accordingly.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 21st day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record